1  DAYLE ELIESON
   United States Attorney
2  PATRICK BURNS
   Assistant United States Attorney
3  Nevada Bar No. 11779
   CRISTINA D. SILVA
4  Assistant United States Attorney
   Nevada Bar No. 13760
5  NICHOLAS D. DICKINSON
   Assistant United States Attorney
6  501 Las Vegas Blvd. South, Ste. 1100
   Las Vegas, Nevada 89101
7  Phone: (702) 388-5069
   Fax: (702) 388-5087
8  cristina.silva@usdoj.gov
   john.p.burns@usdoj.gov
9  nicholas.dickinson@usdoj.gov

10        **UNITED STATES DISTRICT COURT**
11             **DISTRICT OF NEVADA**
12                    **-oOo-**

13  UNITED STATES OF AMERICA,            **CRIMINAL INDICTMENT**

             **Plaintiff,**              Case No. 2:18-cr- 256
14
          **vs.**                        **VIOLATIONS:**
15
    **DOUGLAS HAIG,**                     **Engaging in the Business of**
16                                        **Manufacturing Ammunition Without**
             **Defendant.**              **a License – 18 U.S.C. §§ 922(a)(1)(B);**
17                                        **924(a)(1)(D)**

18

19  **THE GRAND JURY CHARGES**:

20                    <u>**COUNT ONE**</u>

21  **Engaging in the Business of Manufacturing Ammunition Without a License**
       **(Title 18, United States Code, Sections 922(a)(1)(B); 924(a)(1)(D))**
22
23        From at least in or about July 2016, through on or about October 19, 2017, in the

24

                                      1

1 | District of Nevada and elsewhere,

2 | **DOUGLAS HAIG,**

3 | the defendant, not being a licensed manufacturer or importer of ammunition under Title

4 | 18, United States Code Section 923, did willfully engage in the business of

5 | manufacturing and importing ammunition, and in the course of such business did ship,

6 | transport, and receive ammunition in interstate and foreign commerce, in violation of

7 | Title 18, United States Code, Sections 922(a)(1)(B) and 924(a)(1)(D).

8 | **FORFEITURE ALLEGATION**

9 | **(Engaging in the Business of Manufacturing Ammunition Without a License)**

10 | 1.  The allegations of Count One of this Criminal Indictment are hereby realleged

11 | and incorporated herein by reference for the purpose of alleging forfeiture pursuant to

12 | Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section

13 | 2461(c).

14 | 2.  Upon conviction of the felony offense charged in Count One of this Criminal

15 | Indictment,

16 | **DOUGLAS HAIG,**

17 | defendant herein, shall forfeit to the United States of America, any firearm or

18 | ammunition involved in or used in any knowing violation of Title 18, United States Code,

19 | Section 922(a)(1)(B):

20 | 1.   40 lbs. of reloaded tracer rounds of .308 ammunition;

21 | 2.   50 live rounds of silver tip ammunition;

22 | 3.   20 packaged live rounds of M62 tracer ammunition;

23 | 4.   130 live rounds of .223 ammunition;

24 |

5.   30 live rounds of 5.56 NATO / .223 Remington USG/ M196 Tracer ammunition;

6.   80 live rounds of 7.62 x 39 self-destroying thermite incendiary ammunition;

7.   72 lbs. of tracer rounds of .308 ammunition in ammo can;

8.   10 lbs. of .308 rounds of ammunition with belt;

9.   48 .308 tracer CCLA ammunition with belt;

10.  8 lbs. of empty cartridge cases;

11.  15 lbs. of API projectiles in ammo can;

12.  50 live rounds of silvertip ammunition;

13.  5 lbs. of tracer rounds of .30 ammunition;

14.  10 lbs. of .223 tracer projectiles;

15.  8 live rounds of .223 ammunition;

16.  10 lbs. of live assorted rounds of .308 ammunition;

17.  10 lbs. of live rounds of .22 ammunition with ammo can;

18.  2 lbs. of .30 tracer projectiles;

19.  38 lbs. of .308 tracer ammunition with ammo can;

20.  1 lb. of live .308 tracer ammunition;

21.  4 live rounds of 30-06 silver tip ammunition;

22.  37 lbs. of live .308 tracer ammunition;

23.  41 lbs. of live .308 tracer ammunition;

24.  33 lbs. of live .308 tracer ammunition;

25.  18 lbs. of 30-06 CCLA in ammo can;

26.  18 lbs. of 30-06 CCLA in ammo can;

27.  11 lbs. of 7.62 NATO - .308 WIN ammunition in ammo can;

28.  30 rounds of 8 x 57 mm tracer ammunition;

29.  10 rounds of 30-06 M25 tracer ammunition;

30.  42 rounds of 30-06 .30 SPRG armor piercing ammunition;

31.  8 live rounds of unknown ammunition;

32.  6 lbs. of live various caliber ammunition;

33.  19 lbs. of live .308 ammunition and .556 ammunition;

34.  17 lbs. of .223 tracer bullets;

35.  10 lbs. of live .308 ammunition with ammo can;

36.  19 lbs. of live FN308 caliber ammunition;

37.  250 spent 5.56 NATO casings;

38.  3 lbs. of 30-06 API;

39.  2 live rounds of .223 ammunition;

40.  4 live rounds of 9 mm ammunition;

41.  10 live rounds of .223 ammunition;

42.  30 live rounds of ammunition;

43.  2 lbs. of live .308 ammunition;

44.  10 live rounds of 30-06 ammunition;

45.  1 lb. of 30-06 projectiles;

46.  7 live rounds of .308 ammunition;

47.  1 lb. of live rounds of .223 ammunition;

48.  10 live rounds of 30-06 silver tip ammunition;

49. 10 .300 blackout Raufoss HE incendiary tracer ammunition;

50. 1 lb. of live red tip ammunition;

51. 7 live rounds of .223 ammunition;

52. 20 live rounds of 30-06 ammunition;

53. 6 lbs. of unknown caliber projectile cores;

54. 10 live rounds of 30-06 black tip ammunition;

55. 13 live rounds of 30-06 ammunition;

56. 2 lbs. of live rounds of .30 ammunition;

57. 1 lb. of various calibers of live ammunition;

58. 86 live rounds of .308 ammunition;

59. 4 live rounds of 30-06 ammunition;

60. 1 live round of .308 ammunition;

61. 7 live rounds of 7.62 x 39 ammunition;

62. 17 live rounds of 30-06 silvertip and orange tip ammunition;

63. 19 live rounds of .308 ammunition;

64. 14 live rounds of 30-06 ammunition;

65. 1 lb. of various calibers of ammunition;

66. 8 lbs. of .30 tracer projectiles;

67. 29 live rounds of .223 ammunition;

68. 11 lbs. of .30 projectiles;

69. 50 live rounds of 7.62 x 39 ammunition;

70. 50 live rounds of custom ammunition with unknown caliber;

71. 30 live rounds of 30-06 Raufoss HE incendiary ammunition;

72.   30 live rounds of 30-06 armor piercing incendiary ammunition;

73.   Spent cartridge casings;

74.   33 lbs. of API ammunition;

75.   7 lbs. of live .223 tracer ammunition and 9 mm projectiles;

76.   11 lbs. of .308 tracer projectiles;

77.   1 .308 and 1 30-06 tracer ammunition;

78.   17 lbs. of live rounds of .308 ammunition;

79.   7 lbs. of assorted live .308 ammunition;

80.   17 lbs. of .308 blacktip AP;

81.   7 lbs. of .30 tracer projectiles;

82.   3 lbs. of live .308 ammunition;

83.   10 live rounds of .300 AAL Blackout tracer ammunition;

84.   18 lbs. of assorted live .308 ammunition;

85.   8 live rounds of assorted 30-06 ammunition;

86.   15 live rounds of 30-06 black tip ammunition;

87.   10 live rounds of .223 blue tip ammunition;

88.   1 lb. of .223 tracer ammunition; and

89.   11 live rounds of 7.62 ammunition.

1    All pursuant to Title 18, United States Code, Section 922(a)(1)(B) and Title 18,

2  United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c).

3

   **DATED:** this 22nd  day of August, 2018.

4

   **A TRUE BILL:**

5

6

                                                           /S/
7                                              FOREPERSON OF THE GRAND JURY

8

9  DAYLE ELIESON
   United States Attorney
10

11  _Patrick Burns_

    PATRICK BURNS
12  CRISTINA D. SILVA
    NICHOLAS D. DICKINSON
13  Assistant United States Attorneys

14

15

16

17

18

19

20

21

22

23

24

                                                7