**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 S. Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:18-cr-256 |
| v. | WRITTEN WAIVER OF DEFENDANT'S APPEARANCE AT INITIAL APPEARANCE, PLEA AND ARRAIGNMENT |
| Douglas Haig, | |
| Defendant. | |

Defendant, Douglas Haig, by and through undersigned counsel, pursuant to LCR 10-1, waives his appearance at his initial appearance, plea and arraignment scheduled for September 10, 2018 at 2:30 p.m. in Courtroom 3B of the United States District Court

Douglas Haig and his counsel, Marc J. Victor declare the following:

1. Mr. Haig has received and read a copy of the indictment and understand the nature of the charge;

2. Mr. Haig understands that he has the right to remain silent, the right to a trial by jury, the right to compulsory process, and the right to assistance of counsel;

3. Marc J. Victor, Counsel for Mr. Haig, has no reason to question Mr. Haig's

competence to assist in the defense of the case;

4. Mr. Haig has a right to be present at the initial appearance, plea and arraignment and waives that right;

5. Mr. Haig's plea to the charge of Engaging in the Business of Manufacturing Ammunition Without a License is not guilty and he denies the Forfeiture Allegation.

Signed September 3, 2018.

_____  _____
Douglas Haig, Defendant                    Marc J. Victor, Counsel for Mr. Haig

RESPECTFULLY SUBMITTED September 3, 2018.
ATTORNEYS FOR FREEDOM LAW FIRM

By: _____
Marc J. Victor
Attorney for Defendant

**IT IS SO ORDERED** this 7th day of September, 2018.

_____
Peggy A. Leen
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2018, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

John Patrick Burns, Esq.
john.p.burns@usdoj.gov

*/s/ Carmen Garcia*