# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

                Plaintiff(s),

vs.

DOUGLAS HAIG,

                Defendant(s).

Case No. 2:18-cr-00256-JCM-VCF

## SUBSTITUTION OF ATTORNEY

__DOUGLAS HAIG__ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

__DANIEL J. ALBREGTS, as local counsel__
(New Attorney)

(Address): __601 S. 10th Street, Suite 202, Las Vegas, NV 89101__

(Telephone): __(702) 474-4004__, as attorney of record in place and

stead of: __local counsel JOEL MANN__
(Present Attorney)

DATED: __10/23/18__            _/s/ Douglas C. Haig_
                                            DOUGLAS HAIG (Signature of Party)

I consent to the above substitution.

DATED: __10/29/18__            _/s/ Joel Mann_
                                            JOEL MANN (Signature of Present Attorney)

...

...

...

1

1 | I am duly admitted to practice in this District.
2 | Above substitution accepted.
3 | DATED: 10/23/18

(Signature of New Attorney)
DANIEL J. ALBREGTS, ESQ.

5 | Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

APPROVED:

DATED: October 30, 2018

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate