# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS HAIG,<br><br>        Defendant. | 2:18-cr-00256-JCM-VCF<br><br>**<u>ORDER</u>** |

Before the court is the Stipulation Regarding Inspection of Evidentiary Items (ECF No. 41).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Stipulation Regarding Inspection of Evidentiary Items (ECF No. 41) is scheduled for 10:00 AM, February 7, 2019, in Courtroom 3D.

DATED this 28th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE