**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>DOUGLAS HAIG,<br><br>             Defendant. | Case No. 2:18-CR-00256-JCM-VCF<br><br>**ORDER** |

      The Complaint in this case is currently under seal. (ECF No. 1). On October 4, 2018, the Court ordered that the Government had until October 11, 2018 to show cause why the Complaint should not be unsealed. (ECF No. 34). The Government did not file a response, and has indicated that it does not request that the complaint be kept under seal. The Court previously issued a Sealed Order (ECF No. 36), but there no longer appears to be a reason to keep the Order under seal. Therefore, the Complaint (ECF No. 1) and Sealed Order (ECF No. 36) will be unsealed.

      ACCORDINGLY, and good cause appearing,

      IT IS ORDERED that the Complaint (ECF No. 1) and Sealed Order (ECF No. 36) will be unsealed on February 15, 2019, unless a party files an objection to this Order.

      DATED this 1st day of February, 2019.

                                                                         CAM FERENBACH<br>
                                                                         UNITED STATES MAGISTRATE JUDGE