NICHOLAS A. TRUTANICH
United States Attorney
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorneys
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069 / Fax: (702) 388-5087
john.p.burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS HAIG,<br><br>Defendant. | CASE NO.: 2:18-cr-00256-JCM-VCF<br><br>**STIPULATION TO CONTINUE BRIEFING SCHEDULE ON ECF NO. 64** |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and MARC VICTOR, ESQ., counsel for Defendant DOUGLAS HAIG, that:

1. On April 25, 2019, Defendant Haig filed a Motion to Preclude Irrelevant Evidence Regarding Armor Piercing and Tracer Ammunition. ECF No. 64.

2. The government's deadline for replying to that motion is currently May 9, 2019.

3. Counsel for the government is currently set to begin trial in *United States v. Craig P. Orrock*, Case no. 2:16-cr-00111-JAD-CWH. Calendar call was held in that case yesterday, May 2, 2019, at which both parties announced ready for trial and United States District Court

Judge Jennifer A. Dorsey ordered the matter to proceed to trial as scheduled. The case is a complicated tax crime prosecution and trial will begin on May 7, 2019. The defendant, a former IRS attorney appearing pro se, is expected to put on a case-in-chief and it appears likely that the trial may extend to or through May 15, 2019.

4. Pendency of the *Orrock* trial will prevent government counsel from preparing a response to Haig's motion by the May 9, 2019 deadline, which falls in the middle of the trial.

5. Counsel for the government has spoken to Haig's defense counsel who does not oppose a continuance of the briefing deadlines for these reasons.

6. Trial in this matter is scheduled for August 12, 2019, which leaves sufficient time for resolution of this motion well in advance of trial.

7. The government requests that its response deadline be moved May 31, 2019, or to a date thereabouts acceptable to the Court.

Dated this 3rd day of May, 2019

                                                                    NICHOLAS A. TRUTANICH
                                                                    United States Attorney

//s//                                             //s//
By: _____              By:_____
     MARC VICTOR, ESQ.                             PATRICK BURNS
     Counsel for Defendant Haig                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | CASE NO.: 2:18-cr-00256-JCM-VCF |
| DOUGLAS HAIG, | FINDINGS OF FACT |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds and orders that:

1. On April 25, 2019, Defendant Haig filed a Motion to Preclude Irrelevant Evidence Regarding Armor Piercing and Tracer Ammunition. ECF No. 64.

2. The government's deadline for replying to that motion is currently May 9, 2019.

3. Counsel for the government is currently set to begin trial in *United States v. Craig P. Orrock*, Case no. 2:16-cr-00111-JAD-CWH. Calendar call was held in that case yesterday, May 2, 2019, at which both parties announced ready for trial and United States District Court Judge Jennifer A. Dorsey ordered the matter to proceed to trial as scheduled. The case is a complicated tax crime prosecution and trial will begin on May 7, 2019. The defendant, a former IRS attorney appearing pro se, is expected to put on case-in-chief and it appears likely that the trial may extend to or through May 15, 2019.

4. Pendency of the *Orrock* trial will prevent government counsel from preparing a

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO.: 2:18-cr-00256-JCM-VCF |
| vs. | |
| DOUGLAS HAIG, | FINDINGS OF FACT |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds and orders that:

1. On April 25, 2019, Defendant Haig filed a Motion to Preclude Irrelevant Evidence Regarding Armor Piercing and Tracer Ammunition. ECF No. 64.

2. The government's deadline for replying to that motion is currently May 9, 2019.

3. Counsel for the government is currently set to begin trial in *United States v. Craig P. Orrock*, Case no. 2:16-cr-00111-JAD-CWH. Calendar call was held in that case yesterday, May 2, 2019, at which both parties announced ready for trial and United States District Court Judge Jennifer A. Dorsey ordered the matter to proceed to trial as scheduled. The case is a complicated tax crime prosecution and trial will begin on May 7, 2019. The defendant, a former IRS attorney appearing pro se, is expected to put on case-in-chief and it appears likely that the trial may extend to or through May 15, 2019.

4. Pendency of the *Orrock* trial will prevent government counsel from preparing a

response to Haig's motion by the May 9, 2019 deadline, which falls in the middle of the trial.

5.  Counsel for the government has spoken to Haig's defense counsel who does not oppose a continuance of the briefing deadlines for these reasons.

6.  Trial in this matter is scheduled for August 12, 2019, which leaves sufficient time for resolution of this motion well in advance of trial.

7.  The government requests that its response deadline be moved May 31, 2019, or to a date thereabouts acceptable to the Court.

## **ORDER**

IT IS ORDERED that the government's deadline to respond to Defendant Haig's Motion to Preclude Irrelevant Evidence Regarding Armor Piercing and Tracer Ammunition. ECF No. 64, previously scheduled for May 9, 2019 is vacated and continued until May 31, 2019 . Defendant Haig shall have until June 6, 2019 to file any reply in support of his motion.

Dated this May 7, 2019.

By: /s/ James C. Mahan
JUDGE JAMES C. MAHAN
United States District Court Judge

**Certificate of Service**

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: **STIPULATION TO CONTINUE BRIEFING SCHEDULE ON ECF NO. 64**, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Date: May 3rd, 2019                     //s//    Patrick Burns
                                        PATRICK BURNS
                                        Assistant United States Attorney
                                        District of Nevada