UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-256 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| DOUGLAS HAIG, | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Haig*, case number 2:18-cr-00256-JCM-VCF. On May 10, 2019, defendant Douglas Haig filed a motion to waive jury trial, arguing that pretrial publicity precludes the court from being able to seat an impartial jury. (ECF No. 72). To provide the parties with an opportunity to adequately represent their interests, the court hereby orders that a hearing on Haig's motion to waive jury trial is set for July 10, 2019, at 11:00 a.m.

Accordingly,

IT IS SO ORDERED.

DATED June 28, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**