NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
RICHARD ANTHONY LOPEZ
Assistant United States Attorneys
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069 / Fax: (702) 388-5087
John.P.Burns@usdoj.gov
RALopez@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 2:18-cr-00256-JCM-VCF** |
| Plaintiff, | **ORDER OVERRULING DEFENDANT'S OBJECTION [ECF NO. 81] AND ADOPTING THE REPORT AND RECOMMENDATION [ECF NO. 76] RECOMMENDING DENIAL OF DEFENDANT'S "CONTESTED MOTION TO WAIVE JURY TRIAL" [ECF NO. 72]** |
| vs. | |
| **DOUGLAS HAIG,** | |
| Defendant. | |

## ORDER

Defendant's Objection [ECF No. 81] to the Report and Recommendation [ECF No. 76] recommending denial of his "Contested Motion to Waive Jury Trial" [ECF No. 72] came before the Court for hearing on July 10, 2019.

Having fully considered the briefing and arguments of the parties, and for the reasons stated on the record at the July 10, 2019 hearing, the Court overrules defendant's objection to

1

U.S. Magistrate Judge Cam V. Ferenbach's report and recommendation, and hereby affirms and adopts the recommendation that defendant's "Contested Motion to Waive Jury Trial" [ECF No. 72] be denied. The motion is denied.

**IT IS SO ORDERED**

Dated this 11th day of July, 2019

By: /s/ James C. Mahan
JUDGE JAMES C. MAHAN
United States District Court Judge

## CERTIFICATE OF SERVICE

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **[PROPOSED] ORDER OVERRULING DEFENDANT'S OBJECTION [ECF NO. 81] AND ADOPTING THE REPORT AND RECOMMENDATION [ECF NO. 76] RECOMMENDING DENIAL OF DEFENDANT'S "CONTESTED MOTION TO WAIVE JURY TRIAL" [ECF NO. 72]** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 10th day of July, 2019.

//s// Patrick Burns
_____
PATRICK BURNS
Assistant United States Attorney