NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
PATRICK BURNS
Nevada Bar No. 11779
RICHARD ANTHONY LOPEZ
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-5069
John.P.Burns@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DOUGLAS HAIG,<br><br>　　　　Defendant. | Case No. 2:18-cr-256-JCM-VCF<br><br>**Motion to Dismiss**<br>**Criminal Complaint**<br>**Without Prejudice** |

On February 2, 2018, the Court issued a Criminal Complaint charging Defendant Douglas Haig with one count of Conspiracy to Manufacture and Sell Armor-Piercing Ammunition, a violation of Title 18, United States Code, Section 371. ECF No. 1. On August 22, 2018, a federal grand jury returned a single-count Indictment against Haig charging him with Engaging in the Business of Manufacturing Ammunition Without a License, a violation of Title 18, United States Code, Section 922(a)(1)(B). ECF No. 10. Because the Indictment charges a different offense than the Criminal Complaint, the charge in the Criminal Complaint appears to remain pending.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Criminal Complaint without prejudice.

Respectfully submitted this 7th day of October, 2019.

                NICHOLAS A. TRUTANICH
                United States Attorney

                *s/* Patrick Burns
                PATRICK BURNS
                Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DOUGLAS HAIG,<br><br>        Defendant. | Case No. 2:18-cr-256-JCM-VCF<br><br>**[Proposed] Order Granting Motion to Dismiss the Criminal Complaint Without Prejudice** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Criminal Complaint dated February 2, 2018, against Defendant Douglas Haig. This dismissal does not affect the charge against Defendant Haig in the single-count Indictment returned on August 22, 2018.

                                                    NICHOLAS A. TRUTANICH
                                                    United States Attorney

                                                    *s/* Patrick Burns
                                                    PATRICK BURNS
                                                    Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED this _____ day of _____, 2019.

                                                    _____
                                                    HONORABLE JAMES C. MAHAN
                                                    UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that on October 7, 2019, I electronically served on Counsel of Record the foregoing Motion to Dismiss Criminal Complaint Without Prejudice by filing it with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

*s/* Patrick Burns
PATRICK BURNS
Assistant United States Attorney
