FILED
ENTERED
RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 19 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-256-JCM-VCF |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| DOUGLAS HAIG, | |
| Defendant. | |

This Court finds Douglas Haig pled guilty to Count One of a One-Count Criminal Indictment charging him with engaging in the business of manufacturing ammunition without a license in violation of 18 U.S.C. § 922(a)(1)(B). Criminal Indictment, ECF No. 10; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Douglas Haig agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 10; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which Douglas Haig pled guilty.

The following property is any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(1)(B), and is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c):

1. 40 lbs. of reloaded tracer rounds of .308 ammunition;
2. 50 live rounds of silver tip ammunition;

3. 20 packaged live rounds of M62 tracer ammunition;
4. 130 live rounds of .223 ammunition;
5. 30 live rounds of 5.56 NATO / .223 Remington USG/ M196 Tracer ammunition;
6. 80 live rounds of 7.62 x 39 self-destroying thermite incendiary ammunition;
7. 72 lbs. of tracer rounds of .308 ammunition in ammo can;
8. 10 lbs. of .308 rounds of ammunition with belt;
9. 48 .308 tracer CCLA ammunition with belt;
10. 8 lbs. of empty cartridge cases;
11. 15 lbs. of API projectiles in ammo can;
12. 50 live rounds of silvertip ammunition;
13. 5 lbs. of tracer rounds of .30 ammunition;
14. 10 lbs. of .223 tracer projectiles;
15. 8 live rounds of .223 ammunition;
16. 10 lbs. of live assorted rounds of .308 ammunition;
17. 10 lbs. of live rounds of .22 ammunition with ammo can;
18. 2 lbs. of .30 tracer projectiles;
19. 38 lbs. of .308 tracer ammunition with ammo can;
20. 1 lb. of live .308 tracer ammunition;
21. 4 live rounds of 30-06 silver tip ammunition;
22. 37 lbs. of live .308 tracer ammunition;
23. 41 lbs. of live .308 tracer ammunition;
24. 33 lbs. of live .308 tracer ammunition;
25. 18 lbs. of 30-06 CCLA in ammo can;
26. 18 lbs. of 30-06 CCLA in ammo can;
27. 11 lbs. of 7.62 NATO - .308 WIN ammunition in ammo can;
28. 30 rounds of 8 x 57 mm tracer ammunition;
29. 10 rounds of 30-06 M25 tracer ammunition;

2

30. 42 rounds of 30-06 .30 SPRG armor piercing ammunition;

31. 8 live rounds of unknown ammunition;

32. 6 lbs. of live various caliber ammunition;

33. 19 lbs. of live .308 ammunition and .556 ammunition;

34. 17 lbs. of .223 tracer bullets;

35. 10 lbs. of live .308 ammunition with ammo can;

36. 19 lbs. of live FN308 caliber ammunition;

37. 250 spent 5.56 NATO casings;

38. 3 lbs. of 30-06 API;

39. 2 live rounds of .223 ammunition;

40. 4 live rounds of 9 mm ammunition;

41. 10 live rounds of .223 ammunition;

42. 30 live rounds of ammunition;

43. 2 lbs. of live .308 ammunition;

44. 10 live rounds of 30-06 ammunition;

45. 1 lb. of 30-06 projectiles;

46. 7 live rounds of .308 ammunition;

47. 1 lb. of live rounds of .223 ammunition;

48. 10 live rounds of 30-06 silver tip ammunition;

49. 10 .300 blackout Raufoss HE incendiary tracer ammunition;

50. 1 lb. of live red tip ammunition;

51. 7 live rounds of .223 ammunition;

52. 20 live rounds of 30-06 ammunition;

53. 6 lbs. of unknown caliber projectile cores;

54. 10 live rounds of 30-06 black tip ammunition;

55. 13 live rounds of 30-06 ammunition;

56. 2 lbs. of live rounds of .30 ammunition;

57. 1 lb. of various calibers of live ammunition;

58. 86 live rounds of .308 ammunition;

59. 4 live rounds of 30-06 ammunition;

60. 1 live round of .308 ammunition;

61. 7 live rounds of 7.62 x 39 ammunition;

62. 17 live rounds of 30-06 silvertip and orange tip ammunition;

63. 19 live rounds of .308 ammunition;

64. 14 live rounds of 30-06 ammunition;

65. 1 lb. of various calibers of ammunition;

66. 8 lbs. of .30 tracer projectiles;

67. 29 live rounds of .223 ammunition;

68. 11 lbs. of .30 projectiles;

69. 50 live rounds of 7.62 x 39 ammunition;

70. 50 live rounds of custom ammunition with unknown caliber;

71. 30 live rounds of 30-06 Raufoss HE incendiary ammunition;

72. 30 live rounds of 30-06 armor piercing incendiary ammunition;

73. Spent cartridge casings;

74. 33 lbs. of API ammunition;

75. 7 lbs. of live .223 tracer ammunition and 9 mm projectiles;

76. 11 lbs. of .308 tracer projectiles;

77. 1 .308 and 1 30-06 tracer ammunition;

78. 17 lbs. of live rounds of .308 ammunition;

79. 7 lbs. of assorted live .308 ammunition;

80. 17 lbs. of .308 blacktip AP;

81. 7 lbs. of .30 tracer projectiles;

82. 3 lbs. of live .308 ammunition;

83. 10 live rounds of .300 AAL Blackout tracer ammunition;

84. 18 lbs. of assorted live .308 ammunition;

85. 8 live rounds of assorted 30-06 ammunition;

86. 15 live rounds of 30-06 black tip ammunition;

87. 10 live rounds of .223 blue tip ammunition;

88. 1 lb. of .223 tracer ammunition; and

89. 11 live rounds of 7.62 ammunition.

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Douglas Haig in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED Nov. 19, 2019, 2019.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

A copy of the foregoing was served upon counsel of record via Electronic Filing on **DATE**, 2019.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal
