1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**Law Office of Lisa Rasmussen, PC**
601 South Tenth Street, Suite 100
Las Vegas, Nevada 89101
(702) 471-1436 (T) (702) 489-6619 (F)
Lisa@LRasmussenLaw.com

Attorneys for Defendant Douglas Haig

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Douglas Haig,<br><br>                    Defendant. | **CASE NO: 2:18-cr-00256-JCM-VCF**<br><br>FIRST MOTION TO CONTINUE<br>SENTENCING (UNOPPOSED) |

Defendant, Douglas Haig, by and through undersigned counsel, moves to continue the

Sentencing hearing to a date of the Court's discretion in March of 2020.  Undersigned

counsel has contacted Assistant United States Attorney Patrick Burns, who does not oppose

this motion.

1

2   One of Mr. Haig's attorneys, Andrew Marcantel, who will be conducting a significant

3   portion of the Sentencing hearing, is sitting for the Hawaii Bar Exam on February 25 and 26.

4   Given the close proximity to the scheduled Sentencing date, a short continuance is requested.

5   Thus, Mr. Haig respectfully requests a Sentencing date in March of 2020, at the

6

7   Court's discretion.

8

9   RESPECTFULLY SUBMITTED December 13, 2019.

10   ATTORNEYS FOR FREEDOM LAW FIRM

11

12   By:   */s/ Marc J. Victor*
        Marc J. Victor
13      Attorney for Defendant

14

15

16

17

18

19

20

21

22

23

24

25

2

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

John Patrick Burns, Esq.
john.p.burns@usdoj.gov


*/s/ Carmen Garcia*

1

2

3

4

5

6

7

8

9

10

11

12

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

                    Plaintiff,

vs.

Douglas Haig,

                    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.  2:18-cr-256

ORDER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

     Upon Motion of the Defendant, without objection from the Government, and good cause appearing,

     **THEREFORE, IT IS ORDERED** that the Defendant's First Motion to Continue Sentencing is granted.

     **IT IS FURTHER ORDERED** that the sentencing scheduled for February 19, 2020 is continued until March __16__, 2020 at __10:00 a__m.

     DATED: December 22, 2019.

_____

Honorable Judge James C. Mahan
United States District Court