7-1 LIMS (Rev. 10-2-17)

UNCLASSIFIED



# FBI Laboratory

Quantico, Virginia 22135

Huntsville, Alabama 35898

## LABORATORY REPORT

To: CHRISTOPHER MCPEAK
Las Vegas

Date: July 5, 2018

Case ID No.:

Lab No.:

Communication(s): October 4, 2017; October 7, 2017; October 8, 2017; October 24, 2017

Agency Reference(s): LV-2214483

Subject(s): Douglas Haig

Victim(s):

Discipline(s): Firearms/Toolmarks

FBI Laboratory Evidence Designator(s):

**The items listed below were submitted under Case ID number LV-2220539, with communication dated October 27, 2017 and assigned Laboratory number 2017-02927-2:**

| | |
|---|---|
| Item 1 | Reloading machine from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-2 | Powder funnel from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-3 | Shell plate from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-4 | Reloading die from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-5 | Reloading die from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-6 | Reloading die from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |
| Item 1-7 | Reloading die from Room Q of 4323 East Encanto Street (Item #108) (1B97, E5530856) |

Enclosures – (2) videos
Page 1 of 12

UNCLASSIFIED

00823

- Lab Report-Released-(65831).pdf

UNCLASSIFIED

| | |
|---|---|
| Item 2 | Reloading press from Room Q of 4323 East Encanto Street (Item #102) (1B91, E5530850) |
| Item 2-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #102) (1B91, E5530850) |
| Item 2-2 | Shell plate from Room Q of 4323 East Encanto Street (Item #102) (1B91, E5530850) |
| Item 2-3 | Cartridge case from Room Q of 4323 East Encanto Street (Item #102) (1B91, E5530850) |
| Item 2-4 | Reloading die from Room Q of 4323 East Encanto Street (Item #102) (1B91, E5530850) |
| Item 2-5 | Reloading die from Room Q of 4323 East Encanto Street (Item #102) (1B91, E5530850) |
| Item 2-6 | Reloading die from Room Q of 4323 East Encano Street (Item #102) (1B91, E5530850) |
| Item 3 | Portion of reloading tool from Room Q of 4323 East Encanto Street (Item #116) (1B103, E5530862) |
| Item 3-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #116) (1B103, E5530862) |
| Item 3-2 | Powder funnel from Room Q of 4323 East Encanto Street (Item #116) (1B103, E5530862) |
| Item 3-3 | Reloading die from Room Q of 4323 East Encanto Street (Item #116) (1B103, E5530862) |
| Item 3-4 | Reloading die from Room Q of 4323 East Encanto Street (Item #116) (1B103, E5530862) |
| Item 5 | Reloading press with accessories from Room Q of 4323 East Encanto Street (Item #129) (1B116, E5530875) |
| Item 5-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #129) (1B116, E5530875) |
| Item 5-2 | Powder funnel from Room Q of 4323 East Encanto Street (Item #129) (1B116, E5530875) |
| Item 5-3 | Shell plate from Room Q of 4323 East Encanto Street (Item #129) (1B116, E5530875) |
| Item 5-5 | Reloading die from Room Q of 4323 East Encanto Street (Item #129) (1B116, E5530875) |
| Item 9 | Reloading die from Room Q of 4323 East Encanto Street (Item #114) (1B101, E5530860) |

UNCLASSIFIED

00824

- Lab Report-Released-(65831).pdf

UNCLASSIFIED

| | |
|---|---|
| Item 9-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #114) (1B101, E5530860) |
| Item 9-2 | Reloading die from Room Q of 4323 East Encanto Street (Item #114) (1B101, E5530860) |
| Item 9-3 | Reloading die from Room Q of 4323 East Encanto Street (Item #114) (1B101, E5530860) |
| Item 9-4 | Reloading die from Room Q of 4323 East Encanto Street (Item #114) (1B101, E5530860) |
| Item 10 | Shell plate holder from Room Q of 4323 East Encanto Street (Item #115) (1B102, E5530861) |
| Item 10-1 | Shell plate holder (1B102, E5530861) |
| Item 11 | Three reloading shell plates from Room Q of 4323 East Encanto Street (Item #120) (1B107, E5530866) |
| Item 11-1 | One reloading shell plate from Room Q of 4323 East Encanto Street (Item #120) (1B107, E5530866) |
| Item 12 | Reloading dies from Room Q of 4323 East Encanto Street (Item #121) (1B108, E5530867) |
| Item 12-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #121) (1B108, E5530867) |
| Item 16 | Reloading dies from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-2 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-3 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-4 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-5 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-6 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-7 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, E5530874) |
| Item 16-8 | Reloading die from Room Q of 4323 East Encanto Street (Item #128) (1B115, |

| | |
|---|---|
| | E5530874) |
| Item 38 | Five cartridges from Room D of 4323 East Encanto Street (Item #65) (1B57, E5530816) |
| Item 38-1 | Cartridge from Room D of 4323 East Encanto Street (Item #65) (1B57, E5530816) |
| Item 38-2 | Cartridge from Room D of 4323 East Encanto Street (Item #65) (1B57, E5530816) |
| Item 90 | Plastic bag with ninety-seven cartridges from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 90-1 | Cartridge from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) (1B99, E5530858) |
| Item 90-2 | Cartridge from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) (1B99, E5530858) |
| Item 90-3 | Cartridge from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) (1B99, E5530858) |
| Item 91 | Plastic bag with fifty-two cartridges from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 91-1 | Cartridge from room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 92 | Plastic bag with forty-six cartridges from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 92-1 | Cartridge from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 93 | Plastic bag with one hundred cartridges from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 93-1 | Cartridge from Room Q of 4323 East Encanto Street (Item #111) (1B99, E5530858) |
| Item 244 | FTU Secondary Evidence (322 Cartridge cases used to examine dies, 26 Cartridges, 5 casts) |
| Item 287 | Toolhead and reloading dies from Room Q of 4323 East Encanto Street (Item #104) (1B93, E5530852) |
| Item 287-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #104) (1B93, E5530852) |
| Item 288 | Reloading equipment from Room Q of 4323 East Encanto Street (Item #110) (1B98, E5530857) |
| Item 288-1 | Reloading die from Room Q of 4323 East Encanto Street (Item #110) (1B98, E5530857) |
| Item 288-2 | Reloading die from Room Q of 4323 East Encanto Street (Item #110) (1B98, |

- Lab Report-Released-(65831).pdf

UNCLASSIFIED

| | |
|---|---|
| | E5530857) |
| Item 288-3 | Reloading die from Room Q of 4323 East Encanto Street (Item #110) (1B98, E5530857) |

**The items listed below were submitted under Case ID LV-2214483, with communications dated October 4, 2017, October 7, 2017, and October 8, 2017 and assigned Laboratory number 2017-02788-19:**

| | |
|---|---|
| Item 38-1 | Three cartridges from Item 12 of Mandalay Bay Hotel Room 32-134 (Item 44) (1B78, E5585165) |
| Item 38-2 | Cartridge from Item 12 of Mandalay Bay Hotel Room 32-134 (Item 44) (1B78, E5585165) |
| Item 39-1 | Fifteen cartridges from Item 23 of Mandalay Bay Hotel Room 32-134 (Item 45) (1B79, E5585166) |
| Item 39-1-1 | Cartridge from Item 23 of Mandalay Bay Hotel Room 32-134 (Item 45) (1B79, E5585166) |
| Item 39-2 | Cartridge from Item 23 of Mandalay Bay Hotel Room 32-134 (Item 45) (1B79, E5585166) |
| Item 40-1 | Eighteen cartridges from Item 3 of Mandalay Bay Hotel Room 32-134 (Item 46) (1B80, E5585167) |
| Item 40-1-1 | Cartridge from Item 3 of Mandalay Bay Hotel Room 32-134 (Item 46) (1B80, E5585167) |
| Item 40-1-2 | Cartridge from Item 3 of Mandalay Bay Hotel Room 32-134 (Item 46) (1B80, E5585167) |
| Item 68-1 | Twenty-four cartridges from Item 11 of Mandalay Bay Hotel Room 32-135 (Item 28) (1B55, E5585142) |
| Item 68-2 | Cartridge from Item 11 of Mandalay Bay Hotel Room 32-135 (Item 28) (1B55, E5585142) |
| Item 77-1 | Twenty-four cartridges from Item 14 of Mandalay Bay Hotel Room 32-135 (Item 42) (1B68, E5585155) |
| Item 77-1-1 | Cartridge from Item 14 of Mandalay Bay Hotel Room 32-135 (Item 42) (1B68, E5585155) |
| Item 3353 | Magazine from Mandalay Bay Hotel Room 32-135 A5 (Item 108) |
| Item 3353-2 | Cartridge from Item 3353 (1B600, E5472015) |
| Item 3353-3 | Cartridge from Item 3353 (1B600, E5472015) |

**The items listed below were submitted under Case ID LV-2214483, with communication dated October 4, 2017 and assigned Laboratory number 2017-02788-9:**

| | |
|---|---|
| Item 3 | Lewis Machine & Tool rifle, Serial Number LMS18300, with scope and bipod from Mandalay Bay Hotel Room 32-134E (Item 24) (1B75, E5585162) |
| Item 11 | POF USA rifle, Serial Number UA-1600204, with scope and bipod from Mandalay Bay Hotel Room 32-135A (Item 4) (1B38, E5585125) |
| Item 12 | Ruger rifle, Serial Number 695-93877, with scope from Mandalay Bay Hotel Room 32-134E (Item 21) (1B72, E5585159) |
| Item 14 | Sig Sauer rifle, Serial Number 23D020868, with scope and bipod from Mandalay Bay Hotel Room 32-135A (Item 18) (1B51, E5585138) |
| Item 23 | Ruger rifle, Serial Number 562-13026, with scope and bipod from Mandalay Bay Hotel Room 32-134E (Item 23) (1B74, E5585161) |

The results of the toolmark examinations are included in this report.

**Results of Examinations:**

**_Items Submitted under Laboratory Number: 2017-02927-2_**

Item 1 is a Dillon Precision reloading press, Model Super 1050, with five dies and one powder measure assembly. Item 1-1 is a .308 Winchester caliber (7.62x51mm) RCBS reloading die. Item 1-2 is a powder funnel. Item 1-3 is a .308 Winchester caliber Fast & Friendly Brass shell plate. Item 1-4 is a Lyman neck expansion reloading die. Item 1-5 is a .308 Winchester caliber Lyman seating reloading die. Item 1-6 is a .308 Winchester caliber Dillon Precision seating die. Item 1-7 is a .308 Winchester caliber Lee reloading die that appears to be for crimping.

Item 2 is a Dillon Precision reloading press, Model Super 1050, with a Mark 7 reloading system and four dies. Item 2-1 is a .308 Winchester caliber (7.62x51mm) Dillon Precision resizing die. Item 2-2 is a .308 Winchester caliber Fast & Friendly Brass shell plate. Item 2-4 is a Lyman neck expansion die. Item 2-5 and Item 2-6 are .308 Winchester caliber Dillon trimming dies. Item 2-3 is a .308 Winchester caliber cartridge case that bears the headstamp of Lake City and contains reloading marks.

Item 3 is a reloading tool head that contains a powder measure and three dies. Item 3-1 is a .308 Winchester caliber (7.62x51mm) reloading die. Item 3-2 is a powder funnel. Item 3-3 is a .308 Winchester caliber Redding reloading die. Item 3-4 resembles a .308 Winchester caliber Lee crimping die.

Item 5 is a Dillon reloading press, Model RL 550, with a powder funnel, two dies, shell plate and tools. Item 5-1 is a .308 Winchester caliber Dillon Precision seating die. Item 5-2 is a

powder funnel. Item 5-3 is a shell plate. Item 5-5 is a .30-06 Springfield caliber (7.62x63mm) Lee reloading die.

Item 9 is a .223 Remington caliber (5.56x45mm) Lee reloading die. Item 9-1 is a .30 caliber Hornady reloading die. Item 9-2 is a .308 Winchester caliber (7.62x51mm) Redding reloading die. Item 9-3 is a reloading die. Item 9-4 is a Redding reloading die.

Items 10, Item 10-1 and Item 11-1 are .308 Winchester caliber (7.62x51mm) shell plates consistent with those types designed to function with a Dillon Precision reloading press.

Item 11 consists of three .223/5.56mm caliber shell plates consistent with those types designed to function with a Dillon Precision reloading press.

Item 12 consists of four dies, two are Lyman neck expansion dies (M-1), one is a .30-06 Springfield caliber Redding die, and one is a .223 Remington caliber Redding die. Item 12-1 is a .308 Winchester caliber Redding die.

Item 15 consists of three shell plates consistent with those types designed to function with a Dillon Precision reloading press. One is stamped with "AK" and is consistent with those shell plates designed to function with 7.62x39mm cartridge cases. The two additional shell plates are consistent for use with .223/5.56mm caliber cartridge cases.

Item 16 consists of two dies that resemble bullet seating dies, one being marked .308 caliber. Item 16-1 is a .223 Remington caliber Redding reloading die. Item 16-2, Item 16-5 and Item 16-7 are .308 Winchester caliber (7.62x51mm) RCBS reloading dies. Item 16-3, Item 16-4, and Item 16-6 are .308 Winchester caliber Dillon reloading dies. Item 16-8 is a .308 Winchester caliber Redding reloading die.

Item 38 through Item 38-2 consists of seven .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having red/light green tips and bear the headstamps of Winchester, Western Cartridge Company, Israel Military Industries, and Lake City ammunition. The Item 38 through Item 38-2 cartridges are consistent with functional reloaded ammunition. A reloading toolmark present on the primer of the Item 38-2 cartridge was identified as having been produced by the Item 2 reloading machine, primer assembly tool (primer punch). The bullet from Item 38-2 cartridge was disassembled for examination and determined to contain a steel ball.

Item 90 through Item 90-3 consists of one hundred .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having black tips and bear the headstamps of Lake City ammunition. The Item 90 through Item 90-3 cartridges are consistent with functional reloaded ammunition. The black tip indicates the bullets are armor piercing. A reloading toolmark present on the primer of the Item 90-2 and Item 90-3 cartridges were identified as having been produced by the Item 2 reloading machine, primer assembly tool (primer punch). The Item 90-1 cartridge was disassembled for examination and determined to contain a bullet with a steel core (penetrator).

Item 91 and Item 91-1 consists of fifty-three .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having black tips and bear the headstamps of Lake City ammunition. The Item 91 and Item 91-1 cartridges are consistent with functional reloaded ammunition. The black tip indicates the bullets are armor piercing. A reloading toolmark present on the primer of the Item 91-1 cartridge was identified as having been produced by the Item 2 reloading machine primer assembly tool (primer punch).

Item 92 and Item 92-1 consists of forty-six .308 Winchester caliber (7.62x51mm) cartridges and one .30-06 Springfield caliber (7.62x63mm) cartridge that are loaded with copper jacketed bullets having black tips and bear the headstamps of Lake City ammunition. The .308 Winchester caliber cartridges contained in Item 92 and Item 92-1 are consistent with functional reloaded ammunition. The black tip indicates the bullets are armor piercing, however, the bullet contained in the .30-06 Springfield caliber cartridge was not magnetic. A reloading toolmark present on the primer of the Item 92-1 cartridge was identified as having been produced by the Item 2 reloading machine, primer assembly tool (primer punch).

Item 93 and Item 93-1 consists of one hundred and one .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacket bullets having black tips and bear the headstamps of Lake City ammunition. The Item 93 cartridges are consistent with functional reloaded ammunition. The black tip indicates the bullets are armor piercing. A reloading toolmark present on the primer of the Item 93-1 cartridge was identified as having been produced by the Item 2 reloading machine, primer assembly tool (primer punch).

Item 287 is a reloading die head with three reloading dies mounted. Item 287-1 is a Lee decapper reloading die. Item 288 and Item 288-2 are .308 Winchester caliber Dillon reloading dies. Item 288-1 is a .308 Winchester caliber Lee reloading die. Item 288-3 is a .308 Winchester caliber Redding reloading die.

### *Items Submitted under Laboratory Number: 2017-02788-19*

Item 38-1 and Item 38-2 consists of four .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having green/white tips and bear the headstamps of Lake City and Industries Valcartier Inc. ammunition. The Item 38-1 and Item 38-2 cartridges are consistent with functional reloaded ammunition. The green/white tip bullets indicate they are frangible incendiary. One cartridge from Item 38-1 was test fired and functioned as frangible incendiary ammunition. A reloading toolmark present on the primer of the Item 38-2 cartridge was identified as having been produced by the Item 2 reloading machine primer assembly tool (primer punch), submitted under Laboratory number 2017-02927-2.

Item 39-1, Item 39-1-1, and Item 39-2 consists of seventeen .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having silver color tips and bear the headstamps of Industries Valcartier Inc., Israel Military Industries, Remington, Western Cartridge Company, Winchester, and Lake City ammunition. The Item 39-1, Item 39-1-1, and Item 39-2 cartridges are consistent with functional reloaded ammunition. The silver tip bullets indicate they are armor piercing incendiary. Two cartridges from Item 39-1 were test fired and

functioned as armor piercing incendiary ammunition. A reloading toolmark present on the primer of the Item 39-1-1 cartridge was identified as having been produced by the Item 2 reloading machine primer assembly tool (primer punch), submitted under Laboratory number 2017-02927-2.

Item 40-1, Item 40-1-1 and Item 40-1-2 consists of twenty .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having silver color tips and bear the headstamps of Industries Valcartier Inc., Israel Military Industries, Western Cartridge Company, Taiwan Arsenal, and Lake City ammunition. The Item 40-1, Item 40-1-1 and Item 40-1-2 cartridges are consistent with functional reloaded ammunition. The silver tip bullets indicate they are armor piercing incendiary. A reloading toolmark present on the primer of the Item 40-1-1 cartridge was identified as having been produced by the Item 2 reloading machine primer assembly tool (primer punch), submitted under Laboratory number 2017-02927-2.

Item 68-1 and Item 68-2 consists of twenty-five .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having black tips and bear the headstamps of Industries Valcartier Inc. and Lake City ammunition. The Item 68-1 and Item 68-2 cartridges are consistent with functional reloaded ammunition. The black tip bullets indicate they are armor piercing. A cartridge from Item 68-1 was test fired and functioned as armor piercing ammunition. A reloading toolmark present on the primer of the Item 68-2 cartridge was identified as having been produced by the Item 2 reloading machine primer assembly tool (primer punch), submitted under Laboratory number 2017-02927-2.

Item 77-1 and Item 77-1-1 consists of twenty-five .308 Winchester caliber (7.62x51mm) cartridges that are loaded with copper jacketed bullets having orange tips and bear the headstamps of Lake City ammunition. The Item 77-1 and Item 77-1-1 cartridges are consistent with functional ammunition. The orange tip bullets indicate they are tracer ammunition. Four cartridges from Item 77-1 were test fired and functioned as tracer ammunition.

Item 3353 is a 7.62x51mm (.308 Winchester) black Magpul magazine with a capacity of twenty-six cartridges. Item 3353-2 and Item 3353-3 are .308 Winchester caliber cartridges that are loaded with copper jacketed bullets having silver tips and bear the headstamps of Industries Valcartier Inc. and Lake City ammunition. The 3353-2 and Item 3353-3 cartridges are consistent with functional reloaded ammunition. The silver tip bullets in Item 3353-2 and Item 3353-3 indicate they are armor piercing incendiary ammunition and radiographic imaging determined the bullets contain penetrators. A reloading toolmark present on the primer of the Item 3353-2 and Item 3353-3 cartridges were identified as having been produced by the Item 2 reloading machine primer assembly tool (primer punch), submitted under Laboratory number 2017-02927-2.

**Methods:**

UNCLASSIFIED

### Association

Association examinations compare the physical and class characteristics of evidence items. An association conclusion is reached if the observable or measurable physical dimensions and design features of two items are in agreement, or are "physically consistent." If these dimensions and features are clearly different, an elimination conclusion is reached. If there is a lack of observable design features or measurable dimensions, the result is inconclusive.

### Tool

The type, action, and manufacturer of a tool are normally determined by directly observing the function and manufacturer markings on the tool in question. When these are not present, published materials and tool literature in the Firearms/Toolmarks Discipline reference library may be used to make determinations. When a microscopic comparison is necessary using a questioned tool, test samples are created using a test material that is softer or similar in quality to the item being compared.

### Toolmark Examination

Toolmarks, whether they are present on two evidence items or on one evidence item and one test-mark created in the Laboratory, undergo two stages of comparison. First, the toolmarks are examined to determine and compare their class characteristics. The class characteristics of toolmarks include type of cutting action and the size and orientation of gripping or cutting surfaces. If the class characteristics of the toolmarks are not clearly different, the examination moves to a second stage using comparative microscopy.

A microscopic comparison examination consists of a search of the impressed and striated marks present in two toolmarks to determine if patterns of similarity exist. At the completion of these comparisons, one of the following three opinions is issued:

1) Exclusion (Elimination)

If two toolmarks or a tool and toolmark have incompatible class characteristics, an Exclusion opinion is rendered.

Exclusion opinions based on general differences are not required to be verified. However, an exclusion opinion based on a minor difference in a measured class characteristic cannot be reported unless a second qualified firearms/toolmarks Examiner has examined the items in question and reached the same conclusion.

2) Identification

If the following conditions are met during the comparison of microscopic marks, an opinion of Identification is rendered:

Page 10 of 12



UNCLASSIFIED

00832

UNCLASSIFIED

a) The degree of similarity is greater than the examiner has ever observed in previous evaluations of toolmarks known to have been created by different tools.

b) The degree of similarity is equivalent to that normally observed in toolmarks known to have been created by the same tool.

When these conditions are met the likelihood another tool could have produced the same mark is so remote as to be considered a practical impossibility. An Identification opinion cannot be reported unless a second qualified toolmarks Examiner has examined the items in question and reached the same conclusion.

3) Inconclusive (No Conclusion)

If the conditions required for an Exclusion or Identification are not observed, an opinion of Inconclusive is rendered. A failure to meet the conditions for an Exclusion or Identification could be the result of limited microscopic marks of value, a lack of any observed microscopic similarity, or microscopic similarity that is present but too limited to meet the criteria for identification.

**Limitations:**

Tool

The results of tool examinations describe type and/or operating condition of the tool as it was received in the Firearms/Toolmarks Discipline.

Toolmark Examination

Firearms/Toolmark Identification is an empirical science that relies on objective measurements and a subjective comparison of microscopic marks of value.

Due to changes in tool working surfaces from wear, corrosion and abuse or the employment of unusual tool/work piece orientations, toolmarks created by the same tool are not always identifiable as such.

Association

Association examinations are used to determine if two items are from a restricted group source and cannot be used to determine whether two items are from a unique source.



UNCLASSIFIED

00833

- Lab Report-Released-(65831).pdf

UNCLASSIFIED

**Remarks:**

    For questions about the content of this report, please contact Forensic Examiner Erich D. Smith at (703)632-7242. For questions about the status of your submission, including any remaining forensic examinations, please contact Erin P Martin at (703)632-7708.

    The evidence, which includes secondary evidence, will be returned under separate cover. This report contains the opinions and interpretations of the issuing examiner(s) and is supported by records retained in the FBI files. The work described in this report was conducted at the Quantico Laboratory.

                                          Erich D. Smith
                                          Firearms/Toolmarks Unit

UNCLASSIFIED

00834