

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
WASHINGTON, D.C. 20226

LE:F:TE:EMO
3311.1

MAR 2 1994

Mr. Vaughn Register
1270 Ingleside Avenue
Jacksonville, Florida  32205

Dear Mr. Register:

This refers to your letter of February 7, 1994, in which you ask about 7.62x39mm caliber ammunition having a steel core projectile being classified as armor piercing ammunition.

Title 18 U.S.C., Chapter 44, Section 921(a)(17)(B) defines armor piercing ammunition as:

"The term armor piercing ammunition means a projectile or projectile core which may be used in a handgun and which is constructed entirely (excluding the presence of traces of other substances) from one or a combination of tungsten alloys, steel, iron, brass, bronze, beryllium copper or depleted uranium......"

Olympic Arms, Olympia, Washington, has introduced the Model OA93 semiautomatic pistol chambered for the 7.62x39mm cartridge. Rocky Mountain Arms, Inc., Longmont, Colorado, has introduced the Komrade semiautomatic pistol chambered for the 7.62x39mm cartridge.

Since handguns are commercially available for the 7.62x39mm cartridge, any of that ammunition having a steel core projectile meets the definition of armor piercing ammunition.

We trust that the foregoing has ben responsive to your inquiry. If we may be of any further assistance, please contact us.

Sincerely yours,

Edward M. Owen, Jr.
Chief, Firearms Technology Branch

MAR 2 1994

LE:F:TE:EMO
3311.1

Mr. Vaughn Register
1270 Ingleside Avenue
Jacksonville, Florida  32205

Dear Mr. Register:

This refers to your letter of February 7, 1994, in which you ask about 7.62x39mm caliber ammunition having a steel core projectile being classified as armor piercing ammunition.

Title 18 U.S.C., Chapter 44, Section 921(a)(17)(B) defines armor piercing ammunition as:

"The term armor piercing ammunition means a projectile or projectile core which may be used in a handgun and which is constructed entirely (excluding the presence of traces of other substances) from one or a combination of tungsten alloys, steel, iron, brass, bronze, beryllium copper or depleted uranium......"

Olympic Arms, Olympia, Washington, has introduced the Model OA93 semiautomatic pistol chambered for the 7.62x39mm cartridge. Rocky Mountain Arms, Inc., Longmont, Colorado, has introduced the Komrade semiautomatic pistol chambered for the 7.62x39mm cartridge.

Since handguns are commercially available for the 7.62x39mm cartridge, any of that ammunition having a steel core projectile meets the definition of armor piercing ammunition.

We trust that the foregoing has ben responsive to your inquiry. If we may be of any further assistance, please contact us.

Sincerely yours,

Edward M. Owen, Jr.
Chief, Firearms Technology Branch

| CODE | INITIATOR | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER | REVIEWER |
|---|---|---|---|---|---|---|---|
| | LE:F:TE | | | | | | |
| SUR-NAME | Owe | | | | | | |
| DATE | 3-1-94 | | | | | | |

ATF F1325.6A (4-87)   CORRESPONDENCE APPROVAL AND CLEARANCE   DEPARTMENT OF THE TREASURY
REPLACES 10-86 EDITION WHICH IS OBSOLETE                    BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

☆ U.S. G.P.O.: 1992 – 342-948 / 73764

B.A.T.F.
Technology Dept.
650 Massachusetts Ave
Washington, D.C. 20226

VAUGHN REGISTER
1270 INGLESIDE AVENUE
JACKSONVILLE, FL 32205

Feb 7, 1994

Dear Sirs; Ms:

I am not sure that this letter has reached the right department for acknowledgement however please consider it anyway and send it to the proper office for response.

I am writing in regard to a newspaper mention that steel-core 7.62 X 39 mm imported ammo has been "banned" from the U.S.. Indeed that "banned" word has become an all-time favorite with those who dislike the fact that others take the natural right to own firearms.

The 7.62 X 39 mm is an "intermediate" sized & powered round now very popular with those many thousands of us in the U.S. who enjoy target shooting with our SKS and AK-47 Type Carbines. This ammo has gratefully been plentiful and relatively inexpensive to consume — more bang for the buck — than .22 rimfire, and certainly more "fun" to shoot — greater accuracy & range, reliability, good hunting caliber for smaller, large game.. There is no longer, any U.S. surplus alternative; no .308, 30:06, .30 carbine, or .45 ACP..

Nonetheless, as a firearms dealer in business for a number of years, something stinks bad in some bureaucrats office, probably at 650 Massachusetts Ave. N.W., because the excuse given for stopping import of that ammo (with steel core) is a rotten one. This is idiotic, ignorant, useless, hysterical nonsense. It's got to stop!

First: I don't know of any pistol that fires 7.62 X 39 mm. Even if Contender, et. al., makes a barrel, so what? That is single shot! Who else makes & sells a 7.62 X .39 mm Pistol? Second; The "Cop Killer" potential of "steel core" bullets is ridiculous and stupid. Are you saying a lead core 7.62 X 39 mm will not penetrate body armor? Isn't it against the law to shoot a policeman? This "ban" is out of order. People want cheap, steel-core for its price. Banning it sure won't stop someone from killing somebody if he chooses to!

Sincerely,
Vaughn Register