| Name | Address | Telephone | Purchase | Date |
|---|---|---|---|---|
| B▇ L▇ | ▇, Reno, NV | 725-▇ | (100) 5.56 API | 7/21/2017 |
| J▇ G▇ | ▇ Georgetown, KY | 502▇ | (10) 5.56 HEI/ (10) 7.62 HEI | |
| J▇ K▇ | ▇, Somerset, WI | 715-▇ | (40) 7.62 API | 8/3/2017 |
| M▇ H▇ | ▇, Milford, IL | 773-▇ | (150) .50 AP/ (150) .50 API/ (30) 308 AP/ (30) 308 API | 8/8/2017 |
| M▇ M▇ | ▇, Georgewest, TX | N/A | (10) 5.56 APIT | 8/14/2017 |
| S▇ C▇ | ▇, Canyon, TX | N/A | (10) 300 AP/ (10) 300 API | 8/16/2017 |
| S▇ C▇ | ▇, Lenoir City, TN | 386-▇ | (20) 300 API | 8/24/2017 |
| G▇ H▇ | ▇, Louisville, KY | N/A | (40) 5.56 API | 9/12/2017 |
| J▇ M▇ | ▇, Oklahoma City, OK | 405-▇ | (30) 7.62 API | 9/20/2017 |
| B▇ D▇ | ▇, Fishers, IN | 317▇ | (30) 7.62 API/ (20) 7.62 HEI | 9/20/2017 |
| D▇ W▇ | ▇, South Jordan, UT | N/A | (20) 5.56 API | 9/21/2017 |
| M▇ C▇ | ▇ Brookline, NH | N/A | (10) 7.62 HEI | 9/21/2017 |
| B▇ L▇ | SAA | | (100) 5.56 HEI | 9/27/2017 |
| D▇ O▇ | ▇, Stafford, TX | N/A | (20) 5.56 HEI/ (20) 300 BLK HEI/ (20) 7.62 HEI | |
| V▇ B▇ | ▇ Alexandria, VA | 571-▇ | (20) 7.62 HEI | 5/30/2017 |
| M▇ P▇ | ▇, Wickliffe, OH | 440▇ | (10) 5.56 HEI/ (10) 5.56 APIT | 2/6/2017 |
| M▇ S▇ | ▇ Birmingham, AL | 205-▇ | (20) 300 HEI/ (20) 308 HEI | 2/17/2017 |
| F▇ K▇ | ▇ Scdanton, PA | 570▇ | (20) 5.56 APT/ (20) 5.56 HEI/ (20) 5.56 API/ (20) 5.56 APIT | |
| Z▇ N▇ | ▇, McClean, VA | N/A | (30) 308 API | 2/10/2017 |
| B▇ S▇ | ▇, Livingston, LA | 337-▇ | (30) 300 HEI | 3/1/2017 |
| J▇ H▇ | ▇, Tacoma, WA | N/A | (10) 5.56 HEI | 3/6/2017 |
| B▇ P▇ | ▇ Mt. Pleasant, SC | N/A | (80) 5.56 API/ (20) 5.56 HEI/ (20) 7.62 API | 3/16/2017 |
| B▇ K▇ | ▇ Gap, PA | N/A | (25) 5.56 API | 3/18/2017 |
| D▇ W▇ | ▇ Tampa, FL | N/A | (20) 7.62 HEI/ (20) 7.62 API | 3/21/2017 |
| M▇ S▇ | ▇ Wichita, KS | 316-▇ | (10) 7.62 API/ (10) 5.56 API | 3/31/2017 |
| D▇ M▇ | ▇ Conway, SC | 813▇ | (20) 7.62 API | 3/31/2017 |
| J▇ C▇ | ▇, Anaconda, MT | N/A | (10) 5.56 HEI | 4/3/2017 |
| J▇ O▇ | ▇, Dallas, TX | 214-▇ | (10) 5.56 API/ (30) 5.56 API PROJ | 4/8/2017 |
| R▇ G▇ | ▇ Tahlequah, OK | 918▇ | (60) 5.56 HEI | |
| W▇ A▇ | ▇, Hunter, ND | 701▇ | (20) 5.56 HEI | 4/18/2017 |
| R▇ D▇ | ▇, Hockley, TX | N/A | (10) 5.56 API | 4/25/2017 |
| E▇ L▇ | ▇, Deliona, FL | N/A | (60) 5.56 HEI | 5/5/2017 |
| M▇ S▇ | ▇, Durham, NC | N/A | (10) 7.62 HEAPI | 5/10/2017 |

| Name | City, State | Phone | Items | Date |
|---|---|---|---|---|
| B█ J█ | ███, Chattannooga, TN | 423-███ | (30) 5.56 APT/ (30) 5.56 API | 5/11/2017 |
| A█ W█ | ███, Galveston, TX | 409-███ | (10) 7.62 HEI | 5/11/2017 |
| J█ R█ | ███ Boulder, CO | 646-███ | (10) 300 BLK HEI/ (10) 5.56 API/ (10) 5.56 HEI/ (10) 308 HEI | 5/11/2017 |
| D█ H█ | ███ Jamestown, MO | N/A | (20) 300 AP | |
| M█ C█ | ███, Buda, TX | N/A | (30) 5.56 API | 10/29/2016 |
| J█ K█ | ███, Holts Summit, MO | 573-███ | (40) 5.56 API | 11/2/2016 |
| A█ B█ | ███, Lewisberg, TN | 931-███ | (40) 5.56 API | 11/3/2016 |
| J█ E█ | ███, Oxford, IN | 765-███ | (10) 5.56 API | 11/10/2016 |
| W█ M█ | ███, Elko, NV | 208-███ | (100) 5.56 API | 11/13/2016 |
| R█ G█ | ███, Baltimore, MD | 410-███ | (10) 5.56 API | 11/16/2017 |
| L█ B█ | ███ Denver, CO | 720-███ | (20) 5.56 API/ (20) 5.56 APIT | |
| W█ P█ | ███, Dublin, TX | 254-███ | (1) 7.62 API | |
| M█ W█ | ███, Johnstown, PA | 814-███ | (2) 5.56 HEI/ (2) 5.56 APIT | 11/29/2016 |
| S█ M█ | ███, Dewey, OK | 530-███ | (40) 5.56 HEI | 11/29/2016 |
| A█ D█ | ███, Smyrna, GA | 404-███ | (20) 5.56 APT/ (20) 7.62 API | |
| R█ E█ | ███, Round Rock, TX | N/A | (10) 5.56 API/ (10) 5.56 HEI/ (20) 5.56 APT | 5/30/2017 |
| J█ S█ | ███ Charlotte, NC | 980-███ | (10) 7.62 HEI/ (10) 7.62 API | 6/1/2017 |
| J█ █ | ███ Verona, WI | 507-███ | (20) 7.62 HEI | |
| S█ C█ | ███, Lenoir City, TN | | (20) 7.62 HEAPI | 6/8/2017 |
| M█ D█ | ███, Brinnon, WA | 360-███ | (20) 7.62 HEI | 6/16/2017 |
| S█ C█ | ███ Lenoir City, TN | 865-███ | (20) 308 HEI/ (20) 300 API | 6/26/2017 |
| S█ K█ | ███, Missoula, MT | 406-███ | (20) 7.62 AP/ (20) 7.62 API | 6/26/2017 |
| B K█ T█ | ███ Abilene, TX | N/A | (10) 308 API | 6/30/2017 |
| B█ P█ | ███, Hamptonville, NC | N/A | (20) 5.56 API | 7/8/2017 |
| S█ M█ | ███ Warren, OH | N/A | (10) 7.62 AP | 7/9/2017 |
| M█ D█ | ███ Osceola, WI | 715-███ | (40) 5.56 HEI/ (40) 5.56 API | |
| D█ G█ | ███ Federal Way, WA | 509-███ | (20) 5.56 API | 7/13/2017 |
| W█ B█ | ███, Paducah, KY | 270-███ | (20) 5.56 HEI/ (20) 5.56 API | 7/17/2017 |
| M█ D█ | ███ Brinnon, WA | N/A | (10) 7.62 HEAPI | 7/21/2017 |
| P█ S█ | ███, Savannah, MO | 816-███ | (20) 7.62 HEI | 12/12/2016 |
| E█ C█ | ███, Germantown, MD | N/A | (10) 300 BLK HEI/(20) 5.56 HEI | 12/10/2016 |
| C█ B█ | ███, Monroe, WA | 253-███ | (20) 5.56 APIT | 12/20/2016 |
| R█ L█ | ███, Arnold, MO | 314-███ | (20) 300 BLK API/ (20) 5.56 API/ (20) 5.56 APT | 12/24/2016 |
| S█ U█ | ███ St. John, AZ | 928-███ | (40) 5.56 HEI | 12/28/2016 |

| Name | Address | Phone | Items | Date |
|---|---|---|---|---|
| A█ M█ | █, Canton, GA | N/A | (20) 7.62 API | 12/28/2016 |
| K█ P█ | █, Stansbury Park, UT | 435-█ | (100) 7.62 HEI | 12/30/2016 |
| E█ J█ | █, Boonville, NY | 315-█ | (30) 5.56 APIT | 1/2/2017 |
| J█ M█ | █, Greely, CO | N/A | (10) 5.56 API | 1/5/2017 |
| M█ S█ | █, Front Royal, VA | 540-█ | (15) 308 API | 1/14/2017 |
| J█ J█ | █, Flagstaff, AZ | 530-█ | (10) 7.62 API/ (40) 5.56 APT | 1/16/2017 |
| J█ B█ | █, Burlington, VT | N/A | (10) 5.56 APT | |
| K█ S█ | █, Bloomington, IN | 812-█ | (40) 5.56 API | |
| B█ S█ | █, Stillwater, MN | 651-█ | (20) 5.56 HEI | 1/17/2017 |
| S█ P█ | █, Sagle, ID | 208-█ | (20) 5.56 API | 1/22/2017 |
| S█ P█ | █, Sagle, ID | | (20) 7.62 API/ (20) 7.62 AP | 1/27/2017 |
| Z█ N█ | █, McClean, VA | N/A | (20) API/ (20) AK API/ | 7/24/2016 |
| J█ B█ | █, Louisville, KY | N/A | (20) 5.56 API | 7/29/2016 |
| B█ L█ | █, Whakton, TX | N/A | (20) 7.62 HEI | 8/2/2016 |
| S█ M█ | █, Bullverde, TX | N/A | (40) 7.62 API | 8/13/2016 |
| M█ S█ | █, Simpsonville, SC | N/A | (20) 5.56 API PROJ | 8/18/2016 |
| D█ M█ | Tulsa PD | N/A | (10) 7.62 API | 8/25/2016 |
| G█ C█ | █, Reno NV | 775-█ | (200) 5.56 APIT | 8/26/2016 |
| P█ G█ | █, Fort Gratitor, MI | N/A | (40) 5.56 HEI/ (40) 7.62 HEI | 9/2/2016 |
| C█ B█ | █, Weston, WY | N/A | (30) 5.56 APIT | 9/9/2016 |
| M█ D█ | █, Eunice, LA | N/A | (5) XMK 213 HEAPI/ (5) M14E4 API | 9/9/2016 |
| B█ M█ | █, Phoenix, AZ | N/A | (30) 30.06 API | 9/13/2016 |
| L█ B█ | █, Tampa, FL | 813-█ | (20) 308 HEI/ (20) 7.62 API | 9/21/2016 |
| E█ P█ | █, Beersheba Springs, TN | 731-█ | (10) 5.56 API | 9/21/2016 |
| J█ F█ | █, Rockville, MD | 301-█ | (40) 5.56 HEI/ (40) 5.56 APIT/ (30) 5.56 API | 9/28/2016 |
| R█ H█ | █, Tucson, AZ | 520-█ | (20) M14E4 API | 10/7/2016 |
| J█ H█ | █, Chester, VA | 804-█ | (6) 5.56 HEI | 10/8/2016 |
| T█ D█ | █, Geannette, PA | 724-█ | (40) 300 BLK API | 10/10/2016 |
| D█ C█ | █, Allentown, PA | 610-█ | (40) 5.56 API | 10/10/2016 |
| R█ T█ | █, Smyrna, GA | 657-█ | (20) 5.56 HEI/ (20) 5.56 API/ (20) 5.56 APIT | 10/25/2016 |
| L█ B█ | █, Kalispell, MT | 406-█ | (20) 5.56 APIT | 10/25/2016 |
| R█ | █, Berlin, WI | N/A | (10) 7.62 API | 10/26/2016 |
| P█ T█ | █, Plymouth, MA | 508-█ | (20) 5.56 API/ (20) 5.56 APIT/ (20) 7.62 HEI | 10/29/2016 |