# FTD General Examination Worksheet

**Date:** 10/25/17   **Preparer/Examiner:** Ziegler/Smith
**Case ID:** 4-LV-2220539   **Laboratory Number:** 2017-02927

## General Description:

**Specimens:** Item 38   **Packaging:** Sealed bag within sealed box

7 cartridges
Caliber: .308 Winchester / 7.62x51mm
Tip color: Light green/red band
Headstamp: several
    (3) WRA 68 ⊕   (Winchester Repeating Arms)
    (2) WCC 10 ⊕   (Western Cartridge Co.)
    (1) PMJ 10 ⊕   Israel Military Industries
    (1) • • L C • 1 5 • • ⊕ (Lake City)
Note: all 7 cartridges contain reloading marks,
have physical characteristics of functional ammunition.




Item 38-1 was created with (1) green/red tipped .308 cartridge

Designate one cartridge Item 38-2 for Chemistry examination.

001238 JUL 0 3 2018

back 23 of 97

2017-02927-2

Item 38-2/2017-02927





page 53 of 97    B   JUL 0 5 2018

# FTD General Examination Worksheet

**Date:** 07/04/18　　　　**Preparer/Examiner:** E. Smith

**Case ID:** 4-LV-2220539　　**Laboratory Number:** 2017-02927

**General Description:**

**Specimens:** Item 38 continued　　**Packaging:** Sealed bag within sealed box

Item 38, Item 38-1 and Item 38-2 have brass case and primers, copper full metal jacket bullets with red/light green tips, bullet are magnetic. Item 38-2 was disassembled and bullet was cut apart by CU, powder is gray cylinder, bullet has steel ball inside located at the "red" band, steel ball is approximately 0.15" in diameter.



Steel ball inside bullet Item 38-2

2017-02927-2

FTD General Examination Worksheet　　Page 54 of 97　　Date/Initials: ES

JUL 0 5 2018
001240