NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069 / Fax: (702) 388-5087
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DOUGLAS HAIG, <br><br> Defendant. | CASE NO: 2:18-cr-00256-JCM-VCF <br><br> **STIPULATION TO CONTINUE SENTENCING HEARING [SECOND REQUEST]** |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and MARC J. VICTOR, ESQ., counsel for Defendant DOUGLAS HAIG, that the sentencing hearing in the above-captioned matter, previously scheduled for March 16, 2020, at 10:00 a.m., be vacated and continued to April 15, 2020, or to a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The sentencing hearing in this case is currently set for March 16, 2020, at 10:00 a.m.

2. Defendant Haig requires additional time to prepare for sentencing and to respond to the government's sentencing memorandum.

3. The parties request that the deadline for responding to sentencing memoranda

be set for April 1, 2020.

4. Defendant is not in custody and does not oppose this request.

5. The government does not oppose the request.

6. This is the second request for a continuance of the sentencing hearing in this case.

7. This request is made in good faith and not for purposes of delay.

Dated this 10th day of March, 2020

                                                      NICHOLAS A. TRUTANICH
                                                    United States Attorney

//s// Marc J. Victor                         //s// Patrick Burns
By: _____           By:_____
    MARC J. VICTOR, ESQ.                PATRICK BURNS
    Counsel for Defendant DOUGLAS HAIG    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| vs. | **CASE NO: 2:18-cr-00256-JCM-VCF** |
| **DOUGLAS HAIG,** | |
| Defendant. | **FINDINGS OF FACT** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The sentencing hearing in this case is currently set for March 16, 2020, at 10:00 a.m.

2. Defendant Haig requires additional time to prepare for sentencing and to respond to the government's sentencing memorandum.

3. The parties request that the deadline for responding to sentencing memoranda be set for April 1, 2020.

4. Defendant is not in custody and does not oppose this request.

5. The government does not oppose the request.

6. This is the second request for a continuance of the sentencing hearing in this case.

For all of the above-stated reasons, good cause warrants a continuance of the sentencing hearing date.

## ORDER

IT IS ORDERED that the sentencing hearing in *United States v. Douglas Haig*, Case No.

| 1 | 2:18-cr-00256-JCM-VCF, previously scheduled for March 16, 2020, at 10:00 a.m. is vacated |
| 2 | and continued until April 15, 2020 at 10 am. All responses to sentencing memoranda must |
| 3 | be filed by April 1, 2020. |

Dated March 10, 2020.

By: /s/ James C. Mahan
HON. JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: **STIPULATION TO CONTINUE SENTENCING HEARING [SECOND REQUEST]**, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: March 10, 2020

/s/ Patrick Burns
PATRICK BURNS
Assistant United States Attorney
District of Nevada