NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PATRICK BURNS
Nevada Bar No. 11779
Assistant United States Attorney
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5069 / Fax: (702) 388-5087
John.P.Burns@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DOUGLAS HAIG,<br><br>        Defendant. | CASE NO: 2:18-cr-00256-JCM-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>**[THIRD REQUEST]** |

It is hereby stipulated and agreed, by and between NICHOLAS A. TRUTANICH, United States Attorney, through PATRICK BURNS, Assistant United States Attorney, and MARC J. VICTOR, ESQ., counsel for Defendant DOUGLAS HAIG, that the sentencing hearing in the above-captioned matter, previously scheduled for April 15, 2020, at 10:00 a.m., be vacated and continued to June 12, 2020 at 10:30 a.m., or to a time convenient to the Court.

This Stipulation is entered into for the following reasons:

1. The sentencing hearing in this case is currently set for April 15, 2020, at 10:00 a.m.

2. Given the Court's Temporary General Order 2020-05, the parties agree that the sentencing hearing in this matter should be continued to avoid in-person court appearances. Moreover, there is no reason why the matter cannot be continued rather than being conducted

by video teleconferencing.

3. Defendant is not in custody and does not oppose this request.

4. The government does not oppose the request.

5. This is the third request for a continuance of the sentencing hearing in this case.

6. This request is made in good faith and not for purposes of delay.

Dated this 1st day of April, 2020

                                                      NICHOLAS A. TRUTANICH
                                                      United States Attorney

    //s// Marc J. Victor                                  //s// Patrick Burns
By: _____                          By: _____
    MARC J. VICTOR, ESQ.                           PATRICK BURNS
    Counsel for Defendant DOUGLAS HAIG     Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DOUGLAS HAIG,<br><br>              Defendant. | CASE NO: 2:18-cr-00256-JCM-VCF<br><br>FINDINGS OF FACT |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The sentencing hearing in this case is currently set for April 15, 2020, at 10:00 a.m.

2. Given the Court's Temporary General Order 2020-05, the parties agree that the sentencing hearing in this matter should be continued to avoid in-person court appearances. Moreover, there is no reason why the matter cannot be continued rather than being conducted by video teleconferencing.

3. Defendant is not in custody and does not oppose this request.

4. The government does not oppose the request.

5. This is the third request for a continuance of the sentencing hearing in this case.

For all of the above-stated reasons, good cause warrants a continuance of the sentencing hearing date.

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS ORDERED that the sentencing hearing in *United States v. Douglas Haig*, Case No. |
| 3 | 2:18-cr-00256-JCM-VCF, previously scheduled for April 15, 2020, at 10:00 a.m. is vacated |
| 4 | and continued until  June 12, 2020 at 10:30 am |

Dated April 3, 2020.

By: _____
HON. JAMES C. MAHAN
U.S. DISTRICT COURT JUDGE

## Certificate of Service

I, Patrick Burns, hereby certify that I am an employee of the United States Department of Justice, and that on this day I served a copy of the following: **STIPULATION TO CONTINUE SENTENCING HEARING [THIRD REQUEST]**, upon counsel for all defendants appearing in this matter via the CM/ECF system, by electronically filing said document.

Dated: April 1, 2020

/s/ Patrick Burns
PATRICK BURNS
Assistant United States Attorney
District of Nevada