# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ) | Case No. 2:18-cr-256 |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Douglas Haig, ) | |
| Defendant. ) | |

Upon Motion of the Defendant, and good cause appearing,

**THEREFORE, IT IS ORDERED** that the Defendant's Motion to Seal is granted.

**IT IS FURTHER ORDERED** that the Defendant's Submission of Letters and Report for Consideration at Sentencing be filed under seal.

DATED: June 8, 2020.

_____
Honorable Judge James C. Mahan
United States District Court