**ATTORNEYS FOR FREEDOM LAW FIRM**
3185 South Price Road
Chandler, Arizona 85248
Telephone: (480) 755-7110
Fax: (480) 857-0150
**Marc J. Victor – SBN 016064**
Marc@AttorneysForFreedom.com

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**Law Office of Lisa Rasmussen, PC**
601 South Tenth Street, Suite 100
Las Vegas, Nevada 89101
(702) 471-1436 (T) (702) 489-6619 (F)
Lisa@LRasmussenLaw.com

Attorneys for Defendant Douglas Haig

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | **CASE NO: 2:18-cr-00256-JCM-VCF** |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| Douglas Haig, | |
| Defendant. | |

The United States, by and through undersigned counsel, and Defendant, Douglas Haig, by and through undersigned counsel, jointly request the Court continue the sentencing in this case until June 30, 2020 at 10:00 a.m.  The parties require more time that allotted to make their sentencing presentations.  Mr. Haig anticipates at least one hour, while the Government

anticipates needing about 30 minutes.

RESPECTFULLY SUBMITTED June 8, 2020.

UNITED STATES ATTORNEY          ATTORNEYS FOR FREEDOM LAW FIRM

*/s/ Tony Lopez*
By:                             By:     */s/ Marc J. Victor*
Tony Lopez                              Marc J. Victor
Assistant U.S. Attorney                 Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Tony Lopez, Esq.
Tonny.Lopez@usdoj.gov

*/s/ Carmen Garcia*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | ) Case No. 2:18-cr-256 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| Douglas Haig, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Upon Stipulation of the Parties, and good cause appearing,

**IT IS ORDERED** that the sentencing scheduled for June 12, 2020 is continued until June 30, 2020 at 10:00 a.m.

DATED: June 11, 2020.

_____
Honorable Judge James C. Mahan
United States District Court