UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>DOUGLAS HAIG,<br><br>Defendant(s). | Case No. 2:18-CR-256 JCM (VCF)<br><br>ORDER |

    Presently before the court is the matter of *United States v. Haig*, case number 2:18-cr-00256-JCM-VCF.  On June 25, 2020, Mr. Lopez, on behalf of the United States of America ("the government"), filed an emergency motion to continue the sentencing hearing—which is currently scheduled for June 30—under seal.[1]  (ECF Nos. 153; 154).  Defendant Douglas Haig filed a response, representing that he, his counsel, and certain witnesses he intends to call have already made travel arrangements.  (ECF No. 155).

    Defendant's sentencing hearing has already been continued several times to allow for an in-person hearing, which has required accommodating the parties' various obligations, travel arrangements, and the court's COVID-19-related procedures.  (*See* ECF Nos. 124; 137; 141; 151); *see also* Temporary General Order 2020-05.

    Defendant contends that Mr. Lopez may appear by video teleconference.  (ECF No. 155).  The hearing is five days away.  The court will not continue the sentencing hearing because defendant has already made the appropriate travel arrangements.  Mr. Lopez may appear by video teleconference and/or another government attorney may appear in person as standby counsel.

---

[1] In light of the nature of the government's request and attendant circumstances, the court grants the government's motion to seal.  (ECF No. 154).

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the government's emergency motion to continue (ECF No. 153) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that the government's motion to seal (ECF No. 154) be, and the same hereby is, GRANTED.

DATED June 26, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -