Statement from Sarah

Your Honor,

Since before I was born, my father has been involved in buying and selling ammunition. People would come to him and ask for his opinion on the safety of ammunition that they had purchased or that they were going to purchase. He has always been willing to help make sure that people have safe ammunition to shoot and has always reminded me about the dangers of bad ammunition. My dad is an honest man and would never hesitate to tell the truth.

Through working for him, I have witnessed him refusing to sell ammunition to people who implied that they were going to use it for something illegal. For example, if someone were to ask if the ammunition would go through a bullet proof vest or a military helmet he would refuse to sell at that point. If I ever had strange encounters with customers or if something didn't seem right, my dad told me to get his attention so he could deal with it instead. My father has always treated people with respect but did not tolerate illegal or suspicious behavior.

My father has heart issues and had a heart attack when I was little, and it was terrifying. He also often gets pneumonia and severe sinus infections to the point where he would miss work for quite some time. From my understanding, doctors are still unaware of the cause.

Despite my dad being very busy with providing for our family, he is a great father. My dad has always been there for me and is willing to help me through anything, regardless of how uncomfortable or frustrated it made him. He has been involved in all aspects of my life since I was young. He took me to swimming lessons, taught me how to ride a bike, braved getting in the car with me when I got my driving permit, and much more. He is always willing to help me in any way he can. My dad has helped shape me into the person I am today and I am very grateful for him and his influence.

Thank you.

Dori Statement

Your Honor,

I have been married to Doug Haig for 24 ½ years, and since we have met, he has been involved with selling ammunition as a hobby. He truly loved buying and selling ammunition, and loved his job as an aerospace engineer. When I would go with Doug to the gun shows, I was impressed at how well-known and well-respected he was by customers and other vendors. He had built a reputation for being honest and straight forward. He gave the best technical evaluations of the quality and safety of military caliber ammunition. In both his workplace and the gun shows, Doug has always been obsessive about safety. Doug had a top secret clearance within the aerospace industry and is honest to a fault. He even helped the FBI prosecute a criminal in Pennsylvania around 2016.

When Doug lost his job with Boeing in 2013, he became more involved with buying and selling ammunition to support our family. Transitioning his former hobby into a business took a toll on our marriage because he did not have enough time to spend with me. When Doug got a job with Honeywell in 2015, I started to ask him to sell the business, but he did not have anyone he trusted to take it over that would comply with his quality and safety standards.

When Doug realized he was being associated with Stephen Paddock, he became very depressed, remorseful and upset. He sat on the sofa and wouldn't say a word for a month after he was charged. He had worked very hard in both his aerospace career as well as the ammunition business just to have his name completely tarnished by the media. He lost everything he worked hard for all his life. While he never directly told me he was panicking, I could tell he was under a lot of stress which could explain why he sent the email to Mike Lowry. I am aware of Doug and Mike often exchanging conversations about their businesses in regard to the legality. Mike told Doug that everything was fine as long as no new parts were used.

When our home was searched, both Doug and I panicked. I called him during the search while he was at the big sandy shoot and I told him that I wanted the business to be gone no matter what. At this point, I did not care about the financial aspect. He told me he would sell it by the next morning and he then sold it to AJ Fowler.

My husband has had chronic health conditions starting in 2005 when he had a heart attack and was hospitalized which changed his heart rhythm permanently. He then began to experience chronic sinus and lung problems resulting in him having pneumonia for weeks. He also was diagnosed with chronic depression and anxiety.

Your Honor, my husband has always put our family first. On Christmas morning in 2017, his mother passed away. Doug has since become the primary caregiver of his 92-year-old father who has dementia. Doug's father often times only listens to him when he goes and visits every day.

Doug has also been accused of lying about his assets. I inherited a large sum of money when my father passed away. Since Doug became aware of the inheritance, he never asked about how

COURT EXHIBIT B

Dori Statement

much it was for or what I was going to do with it. The inheritance has been tied up in legal matters since before Doug and I were married. It was understood that the money was mine and not community property.

Thank you for your time.