# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, ) | Case No.  2:18-cr-256-JCM-VCF |
| Plaintiff, ) | |
| vs. ) | ORDER |
| Douglas Haig, ) | |
| Defendant. ) | |

Upon Motion of the Defendant, without objection by the Government or the Pretrial Services Officer, and good cause appearing,

**THEREFORE, IT IS ORDERED** that the Defendant's Unopposed Motion to Modify Release Conditions (ECF 161) is granted.

**IT IS FURTHER ORDERED** that the Defendant is allowed to have contact with Andrew Fowler.

DATED: July 29, 2020.

_____
Honorable Judge James C. Mahan
United States District Court