UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Douglas Haig

Case No.: 2:18CR00256

**SUPERVISION REPORT**
**REQUESTING TRANSFER OF JURISDICTION**

November 5, 2021

TO:   The Honorable James C. Mahan
      United States District Judge

On June 30, 2020, Douglas Haig was sentenced by Your Honor to 13 months imprisonment followed by three (3) years supervised release for committing the offense of Engaging in the Business of Manufacturing Ammunition Without a License. On September 3, 2021, Haig commenced supervised release in the District of Arizona. Haig has continued to reside in Arizona and is supervised by the U.S. Probation Office for the District of Arizona.

Haig intends to remain residing in District of Arizona for the duration of his supervision. To address any matters that may require the Court's attention in an efficient manner, the District of Arizona is requesting transfer of jurisdiction. Should the Court agree with this request, the Probation 22 form is attached for Your Honor's signature.

Should the Court have any questions, please contact the undersigned officer at (702) 527-7276.

Respectfully submitted,

Bryce D. Stark
Digitally signed by Bryce Stark
Date: 2021.11.05 14:15:31 -07'00'

Bryce D. Stark
Senior United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2021.11.05 13:24:52 -07'00'

Todd J. Fredlund
Supervisory United States Probation Officer

| PROB 22 | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| (Rev. 2/88) | | 2:18CR00256 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
|---|---|---|---|
| Douglas Haig<br>Mesa, Arizona | Nevada | U.S. Probation Office | |
| | NAME OF SENTENCING JUDGE | | |
| | James C. Mahan | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>9/3/2021 | TO<br>9/2/2024 |

**OFFENSE**

Engaging in the Business of Manufacturing Ammunition Without a License in violation of 18 U.S.C. § 922 (a)(1)(B) & 18 U.S.C. § 924 (a)(1)(D)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Arizona upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 8, 2021                                  /s/ James C. Mahan
*Date*                                                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                                     _____
*Effective Date*                                          *United States District Judge*